## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Hector Pacheco | Debtor(s) | CHAPTER 7 |
| M&T BANK vs. | Movant | NO. 19-10669 REF |
| Hector Pacheco | Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq. | Trustee | |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 517 West Liberty Street, Allentown, PA 18102 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 29, 2019**

United States Bankruptcy Judge.